**Order entered August 18, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00342-CV**

**KATHY A. LAWS, Appellant**

**V.**

**JAMES ROBERSON D/B/A/ ROBERSON'S REMODELING & ROOFING,**
**Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02780-D**

### ORDER

The clerk's record in this case is overdue. By postcard dated May 15, 2020, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the Dallas County Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has been found to be not entitled to proceed without

payment of costs and has not paid for or made arrangements to pay for the record.

*We notify appellant that if we receive verification she is not entitled to proceed without payment of costs and has not paid for or made arrangements to pay for the record, we will, without further notice, dismiss the appeal.* See TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order to:

John F. Warren
Dallas County Clerk

All parties


/s/     KEN MOLBERG
        JUSTICE